# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEAN P. HANRATTY,<br><br>          Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP., d/b/a FIRST ADVANTAGE,<br><br>          Defendant. | No. CV16-02173-PHX-DGC<br><br>**ORDER** |

Plaintiff SEAN P. HANRATTY and Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP. have filed a Joint Stipulation of Dismissal with prejudice. Doc. 29.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 29) is **granted**. This action is dismissed with prejudice, each party to bear their own costs, expenses, and attorneys' fees. The Clerk of Court is directed to terminate this matter.

Dated this 24th day of February, 2017.

_____
David G. Campbell
United States District Judge